# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Roland Francis Balthazor and Julie Ann Balthazor
Chapter 7 Case No.   10-30014

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | 2 | 157.43 | 1.65 |

Date:   November 2, 2010                                _____
                                                                        Trustee



RECEIVED 10 NOV -9 AM 9:35 U.S. BANKRUPTCY COURT ST. PAUL, MN